UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | No. 2:19-cv-01392-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| HY-HOUSTON DEVELOPMENT, INC., | |
| Defendant. | |

On December 10, 2019, the court issued a minute order directing plaintiff to file a declaration as to the status of the case within fourteen days. ECF No. 4. As of this order, plaintiff has failed to comply.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b). Further, plaintiff's counsel, Peter Strojnik, is ordered to show cause within fourteen days why he should not be personally sanctioned $150 for failure to comply with the court's December 10, 2019 order. *See* E.D. Cal. R. 110. The court notes it previously has sanctioned Mr. Strojnik in a separate case, for different reasons. *See Brooke v. Sarang, et al.,* 18cv1826 KJM DB. If in the future Mr. Strojnik continues to draw orders to show cause, he may face an order asking him to explain why his privileges to practice before this court should not be revoked.

DATED: January 9, 2020.

CHIEF UNITED STATES DISTRICT JUDGE